UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
                           )
v.                         )    NO. 3:13-00238
                           )    JUDGE HAYNES
MICHAEL W. YOUNG        )

---

### AGREED ORDER TO RESCHEDULE SENTENCING HEARING

---

It appearing as evidenced by the signatures below and for good cause shown the foregoing Motion to Reschedule the Sentencing Hearing heretofore shall be granted and re-set until July 14, 2014.

**IT IS THEREFORE, ORDERED** that the Motion is granted and the Sentencing Hearing previously set for May 5, 2014, shall be re-set and placed on the docket for July 14, 2014, at 3:30 p.m.

Entered this the _10th_ day of _April_, 2014.


_____
CHIEF DISTRICT JUDGE WILLIAM J. HAYNES, JR

AINLEY, HOOVER, CLARK
& HOOVER, PLLC
ATTORNEYS AT LAW
204 FOURTH AVENUE SOUTH
FRANKLIN, TENNESSEE 37064
TELEPHONE 615-790-9400